IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MAIN SQUEEZE JUICE FRANCHISING, LLC and MAIN SQUEEZE JUICE IP, LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>NAUTILUS FOOD COMPANY LLC, SPENCER TURNER, and RONALD TURNER, <br><br>Defendants | ) ) ) ) ) ) ) Case No. _____ ) ) ) ) ) ) ) ) |

## REQUEST FOR EVIDENTIARY HEARING ON PLAINTIFFS' PRELIMINARY INJUNCTION

Pursuant to Local Rule 3.01(h), Plaintiffs, Main Squeeze Juice Franchising, LLC and Main Squeeze Juice IP, LLC (collectively, "Plaintiffs") hereby request an evidentiary hearing with respect to their Motion for Preliminary Injunction against Defendants Nautilus Food Company, LLC, Spencer Turner, and Ronald Turner. Plaintiffs state that this evidentiary hearing will take one day.

Respectfully submitted this 17th day of January, 2025.

Respectfully submitted,

/s/ James W. Faris
James W. Faris
Fla. Bar No. 1052425
**CAIOLA & ROSE LLC**
125 Clairemont Avenue, Suite 240
Decatur, Georgia 30030
470-300-1020

jimmy@caiolarose.com

*Pro Hac Vice* Motion forthcoming for:
Anne P. Caiola
**CAIOLA & ROSE LLC**
125 Clairemont Avenue, Suite 240
Decatur, Georgia 30030
470-300-1020
annie@caiolarose.com

## CERTIFICATE OF SERVICE

I hereby certify that I am arranging for the foregoing REQUEST FOR EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION—along with Plaintiffs Motion for Preliminary Injunction, Complaint, Summons, and related initiating documents filed in this lawsuit—to be served on Defendants, whether personally by process server or by attorneys representing Defendants.

Respectfully submitted,

James W. Faris
James W. Faris
Fla. Bar No. 1052425

2